UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 2:23–cr–00010–JMB–MV

v.                                Hon. Jane M. Beckering

TODD ALLEN STAFFORD,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Arraignment
Date/Time:               October 5, 2023   03:30 PM
Magistrate Judge:    Maarten Vermaat
Place/Location:       Marquette, MI

                                          MAARTEN VERMAAT
                                          U.S. Magistrate Judge

Dated:  October 3, 2023       By:   /s/ C. A. Moore
                                          Courtroom Deputy