UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,   Case No. 2:23-cr-10

    Plaintiff,   Hon. Jane M. Beckering
        U.S. District Judge

v.

TODD ALLEN STAFFORD,

    Defendant.
_____/

## ORDER

On October 18, 2023, this Court held an initial pretrial and scheduling conference. During the conference, The Government moved for an ends-of-justice continuance. AUSA Greeley explained that they need additional time to obtain and provide discovery to Defendant. Defendant Stafford filed a written consent to the continuance.

This Court finds, for reasons stated on the record, and based on the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv), that the ends of justice served by the adjournment outweigh the best interests of the public and Defendant in a speedy trial. Accordingly, the Court GRANTS the Government's motion for a continuance. The Court hereby orders that the speedy trial clock be tolled from October 18, 2023 to March 11, 2024, and that period of time shall be excluded from the computation of time within which trial in this matter shall be commenced. This case will be placed on the March 11, 2024 trial docket.

IT IS SO ORDERED.

Dated:  October 23, 2023              /s/ *Maarten Vermaat*
                                                          MAARTEN VERMAAT
                                                          U.S. MAGISTRATE JUDGE